**Carl Post, OSB # 061058**
carlpost@lawofficeofdanielsnyder.com
LAW OFFICES OF DANIEL SNYDER
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Tel: (503) 241-3617
*Local / Liaison Counsel for Plaintiff*

**M. Ryan Casey, OSB # 152824**
ryan@rcaseylaw.com
CASEY LAW FIRM, LLC
PO Box 4577
Frisco, CO 80443-4577
Tel: (970) 372-6509
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| REESE LYLE, a consumer residing in Oregon, individually and on behalf of all others situated,<br><br>        Plaintiff,<br>   v.<br><br>THE PROCTER & GAMBLE COMPANY, an Ohio Corporation,<br><br>        Defendants. | Case No. 3:21-cv-01760-AC<br><br>**DECLARATION OF CARL POST; PROOF OF MAILING** |

Carl Post submit the following declaration in connection with the above-captioned matter:

1.     I am an attorney representing Plaintiff Reese Lyle in this matter. This declaration is based upon personal knowledge and is submitted as Proof of Mailing, in compliance with O.R.S. § 646.638(2). The complaint was mailed on December 8 and delivered on December 9, 2021.

2.     Attached as Exhibit 1 is a true and accurate copy of the Certified Mailing Receipt issued when my office sent a copy of the complaint in this case to the Attorney General of Oregon.

3.     Attached as Exhibit 2 is a true and accurate Certified Mail Return Receipt, showing the complaint was delivered to the Office of the Attorney General.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

RESPECTFULLY SUBMITTED this 16 day of December, 2021.

By: *s/ Carl Post*
Carl Post (OSB # 061058)
carlpost@lawofficeofdanielsnyder.com
Law Offices of Daniel Snyder
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Tel: (503) 241-3617
Fax: (503) 241-2249

CERTIFIED MAIL

7013 0600 0002 1624 2499

**LAW OFFICES OF DANIEL SNYDER**
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 2400
PORTLAND, OREGON 97205

Office of the Attorney General of the State of Oregon
Oregon Department of Justice
1152 Court St. NE
Salem, Oregon 97301-4096

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Attorney General of the State of Oregon
Oregon Department of Justice
1152 Court St. NE
Salem, Oregon 97301-4096

9590 9402 6820 1074 3149 38

2. Article Number (Transfer from service label)

7013 0600 0002 1624 2499

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ Lyle _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



02 1P
0001983984
MAILED FROM ZIP CODE 97205
DEC 08 2021
$008.76
PITNEY BOWES

Post Decl.
Ex. 1
Page 1 of 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Office of the Attorney General of the State of Oregon
    Oregon Department of Justice
    1152 Court St. NE
    Salem, Oregon 97301-4096

    9590 9402 6820 1074 3149 38

2. Article Number (Transfer from service label)

    7013 0600 0002 1624 2499

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  NMK for CIG Lyle   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   NMK for CIG                    12/9/21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

